

## ATTACHMENT A-2

### (Description of Property to be Searched)

47 Winthrop Street, Apartment 5, Framingham, Massachusetts: Apartment 5 is located within a two-story structure situated on the north side of Winthrop Street facing south. The building has very light-colored green siding, yellow trim and a long driveway to the left of the residence. There is a concrete walkway between two large trees that leads to the front porch. There are green shrubs on either side of the front porch. There are separate entry doors on the porch to 45 and 47 Winthrop Street. Each door has a storm door with the numbers "45" and "47" attached. There are mailboxes between the two doors. Apartment 5 is accessed by entering into the building through the door marked "47," and then going up the stairs which lead to the second floor. The doorway to Apartment 5 is located to the left at the top of the stairs.

A photograph of the building located at 45-47 Winthrop Street in Framingham, Massachusetts are attached.



## ATTACHMENT A-3

### (Description of Property to be Searched)

404 Technology Center Drive Unit 3112 Stoughton, Massachusetts: Unit 3112 is inside a building that is part of the Bell Stoughton Apartment complex.  The building at 404 Technology Center Drive is a four-story, multi-unit residential building. The exterior is comprised of brick and beige siding with white trim and red shutters. There is a paved parking lot around the building.  Access to the building at 404 Technology Center Drive is through a glass side door. Unit 3112 is on the first floor.  The apartment door is white in color with the numbers "3112" in black on the wall to the left of the door.

Photographs of the entrance to the building located at 404 Technology Center Drive and of the front door for Unit 3112 inside of 404 Technology Center Drive are attached.







## ATTACHMENT A-4

### (Description of Property to be Searched)

41B Mathewson Drive, Weymouth, Massachusetts:  41B Mathewson Drive is contained within a two-story, tan- and brown-colored, multi-unit commercial building.  This commercial building is located on the north side of Mathewson Drive facing south.  Unit 41B is accessed through a large white colored garage door and a smaller brown colored door to the right bearing "41B" in black numbers.  Unit 41B is the second unit from the right end of the building.  There is a paved parking lot in front of the building.

Photographs of the building and the front door for Unit 41B are attached.  The garage door for Unit 41B in the picture of the building is open and the front door for Unit 41B is to the right of that open garage door.





## ATTACHMENT A-5

### (Description of Property to be Searched)

A brown two-car detached garage located across the street from 188 South Central Avenue, Quincy, Massachusetts: This two-car garage is located on the east side of South Central Avenue in the Wollaston section of Quincy, Massachusetts facing west.  The two-car garage is situated across from a single-family residence located at 188 South Central Avenue.  The two-car garage is painted brown on the front and left sides.  The roof is comprised of light brown shingles.  The two garage doors are affixed with padlocks.  There is a small window on the left side of the garage above a stone walkway.

A photograph of the garage is attached.



## ATTACHMENT A-6

(Description of Property to be Searched)

SUBJECT PARCEL:  A brown Priority Mail package bearing tracking number 9505512157316200008141, weighing approximately ten pounds fourteen ounces and measuring approximately 20 inches long, 14 inches wide, and 10 inches thick.  The SUBJECT PARCEL is addressed to "Rafael Perez, P.O. Box 2425, Bayamon, Puerto Rico 00960-2425" and bears a return address of "Jorge Montalvo, 192 School Street, Quincy, MA 02169."  The SUBJECT PARCEL is currently in the custody of the United States Postal Inspection Service.

**ATTACHMENT B**

**(Items to be Seized from Residences)**

All records, in whatever form, and tangible objects that constitute evidence, fruits, or instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (distribution and possession with intent to distribute controlled substances), 843(b) (use of a communication facility during or in relation to a controlled substances trafficking offense), and 846 (conspiracy to distribute and possess with intent to distribute controlled substances); and/or 18 U.S.C. §§ 1956, 1957 (money laundering offenses) (collectively, the "Target Offenses"):

1.  Paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, cutting agents (e.g., baking soda or Inositol), razor blades, plastic bags, and heat-sealing devices.

2.  Books, records, receipts, notes, ledgers, and other papers relating to the purchase, storage, or distribution of controlled substances.  Such documents include, but are not limited to, ledgers; text or email messages from or to suppliers, customers or associates pertaining to the transportation, ordering, sale, and distribution of controlled substances or the disposition of proceeds; bank records; money orders; wire transfers; cashier's checks; checkbooks; passbooks; certificates of deposit; vehicle rental receipts; credit card receipts; and receipts reflecting rental properties and/or storage units.

3.  Personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to the identity and contact information for co-conspirators, drug suppliers, and drug customers.  Such documents include, but are not limited to, telephone address books; planners; notes; ledgers; and telephone bills.

4.  Cash, currency, and currency counting machines, and records relating to controlled substances income and financial transactions relating to obtaining, transferring, laundering, concealing, or expending money or other items of value made or derived from trafficking in controlled substances.  Such items include, but are not limited to, jewelry; precious metals such as gold and silver; precious gems such as diamonds; titles; deeds; monetary notes; registrations; purchase or sales invoices; and bank records.

5.  Documents or tangible evidence reflecting dominion, ownership, and/or control over any bank accounts, safe deposit boxes, stocks, bonds, mutual funds, and any other financial and/or monetary assets, instruments or interests, and over any tangible assets such as motor vehicles, real property, and commercial storage facilities.

6.  Airbills, labels for overnight deliveries and Express Mail deliveries, receipts and other documents pertaining to such shipments.

7.  Items of personal property that tend to identify the person(s) in residence, occupancy, control, or ownership of the subject premises. Such identification evidence is typical of the articles people commonly maintain in their residences, such as canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, bank statements, credit card receipts, identification documents, and keys.

8.  Photographs, videos, or other records concerning controlled substances, proceeds from the sales of controlled substances, or identities of coconspirators.

9.  Cellular telephones, and all names, words, telephone numbers, email addresses, time/date information, messages or other electronic data relating to or referencing drug trafficking or money laundering and/or referencing individuals engaged in drug trafficking or money laundering, located in the memory of any mobile telephone, including but not limited to:

    a.  Names and contact information that have been programmed into the device(s) (including but not limited to contacts lists) of individuals who may be engaged in drug trafficking or money laundering;

    b.  Logs of calls (including last numbers dialed, last calls received, time of calls, missed calls, and duration of calls) both to and from the device(s);

    c.  Text messages both sent to and received from the device(s) (including any in draft form) relating to or referencing drug trafficking or money laundering and/or referencing individuals engaged in drug trafficking or money laundering;

    d.  Incoming and outgoing voice mail messages both to and from the device(s) relating to or referencing drug trafficking or money laundering or individuals engaged in drug trafficking or money laundering;

    e.  GPS data;

    f.  Browser messages and/or internet communications (e.g., e-mail, text messages) both to and from the device(s) (including any in draft form) relating to or referencing drug trafficking or money laundering or individuals engaged in drug trafficking or money laundering;

    g.  Documents, photographs, or videos in any format, including but not limited to Microsoft Word or Adobe PDF files, relating to or referencing drug trafficking or money laundering or individuals engaged in drug trafficking or money laundering;

    h.  All data within the device(s) evidencing ownership, possession, custody, control, or use of the device(s); and

2

i.       Service Provider handset unlock password(s) and any other passwords used to access the electronic data described above.

## ATTACHMENT C

### (Items to be Seized from Locations)

All records, in whatever form, and tangible objects that constitute evidence, fruits, or instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (distribution and possession with intent to distribute controlled substances), 843(b) (use of a communication facility during or in relation to a controlled substances trafficking offense), and 846 (conspiracy to distribute and possess with intent to distribute controlled substances); and/or 18 U.S.C. §§ 1956, 1957 (money laundering) (collectively, the "Target Offenses"):

1.    Paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, cutting agents (e.g., baking soda or Inositol), razor blades, plastic bags, and heat-sealing devices.

2.    Books, records, receipts, notes, ledgers, and other papers relating to the purchase, storage, or distribution of controlled substances. Such documents include, but are not limited to, ledgers; text or email messages from or to suppliers, customers or associates pertaining to the transportation, ordering, sale, and distribution of controlled substances or the disposition of proceeds.

3.    Personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to the identity and contact information for co-conspirators, drug suppliers, and drug customers. Such documents include, but are not limited to, telephone address books; planners; notes; ledgers; and telephone bills.

4.    Cash, currency, and currency counting machines.

5.    Cellular telephones, and all names, words, telephone numbers, email addresses, time/date information, messages or other electronic data relating to or referencing drug trafficking or money laundering and/or referencing individuals engaged in drug trafficking or money laundering, located in the memory of any mobile telephone, including but not limited to:

   a.    Names and contact information that have been programmed into the device(s) (including but not limited to contacts lists) of individuals who may be engaged in drug trafficking or money laundering;

   b.    Logs of calls (including last numbers dialed, last calls received, time of calls, missed calls, and duration of calls) both to and from the device(s);

   c.    Text messages both sent to and received from the device(s) (including any in draft form) relating to or referencing drug trafficking or money laundering and/or referencing individuals engaged in drug trafficking or money laundering;

d.      Incoming and outgoing voice mail messages both to and from the device(s) relating to or referencing drug trafficking or money laundering or individuals engaged in drug trafficking or money laundering;

e.      GPS data;

f.      Browser messages and/or internet communications (e.g., e-mail, text messages) both to and from the device(s) (including any in draft form) relating to or referencing drug trafficking or money laundering or individuals engaged in drug trafficking or money laundering;

g.      Documents, photographs, or videos in any format, including but not limited to Microsoft Word or Adobe PDF files, relating to or referencing drug trafficking or money laundering or individuals engaged in drug trafficking or money laundering;

h.      All data within the device(s) evidencing ownership, possession, custody, control, or use of the device(s); and

i.      Service Provider handset unlock password(s) and any other passwords used to access the electronic data described above.

**ATTACHMENT D**

Items, documents, records, files, and other information that constitutes evidence, fruits, and/or other instrumentalities of violations of 21U.S.C. §§ 841(a)(1) (distribution and possession with intent to distribute controlled substances), 843(b) (use of a communication facility during or in relation to a controlled substances trafficking offense), and 846 (conspiracy to distribute and possess with intent to distribute controlled substances); and/or 18 U.S.C. §§ 1956, 1957 (money laundering), including controlled substances, money, records relating to controlled substances and/or the proceeds of controlled substances, and/or records relating to the identity of the individual who shipped the package or the intended recipient of the package.